IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 26-20293-CR-LEIBOWITZ/HERNANDEZ

UNITED STATES OF AMERICA

Plaintiff,

v.

BLUE OCEAN INTERNATIONAL
BANK, LLC

Defendant.

DECLARATION OF JEAN-LOUIS GEYR

Pursuant to 28 U.S.C. § 1746, I, Jean-Louis Geyr, under penalty of perjury, declare as follows:

1. This Declaration is made in support of Blue Ocean International Bank, LLC's ("Bank") Unopposed Motion to Permit its Counsel to Appear for and Act as Defendant's Agent.

2. I am over eighteen years of age, am a citizen of Switzerland, reside in Switzerland, and am of sound mind.

3. This Declaration is based upon my personal, first-hand knowledge as the Bank's sole Director.

4. I am currently the sole Director and sole employee of the Bank. The Office of the Commissioner of Financial Institutions of Puerto Rico ("OCFI")—the office of the Department of Treasury of Puerto Rico that supervises and regulates Puerto Rico's financial sector—accepted my appointment as Director on or about November 24, 2025. (Mot. Ex. A.)

5.     The Bank is a limited liability company that was incorporated in the Commonwealth of Puerto Rico on or about July 26, 2016. On or about October 17, 2016, OCFI granted the Bank's application for a license to operate as an International Financial Entity ("**IFE**") pursuant to the International Financial Center Regulatory Act, Act No. 273 (Sep. 25, 2012), as amended by Act No. 154 (Sep. 10, 2014). That IFE license authorized the Bank to, among other things, carry out banking transactions in the currency of any country, participate in foreign currency trade, and engage in other activities authorized by OCFI's regulations. The Bank provided custodial banking services to customers who were non-residents of the United States and its territories, including opening accounts, accepting deposits, maintaining custody of assets, and executing transactions. The Bank's principal office was in San Juan, Puerto Rico.

6.     On or about December 22, 2022, the Bank and OCFI entered into a voluntary liquidation plan with an effective date of on or about January 9, 2023. The Bank ceased operations at this time, and Driven Administrative Services has acted as the Bank's administrator for the liquidation.

7.     On or about July 1, 2025, the Bank's sole director resigned. To have a new director, the Bank's shareholder first had to nominate an individual, and then OCFI had to approve the nomination. On or about November 24, 2025, OCFI approved me as the Bank's sole Director. (Mot. Ex. A.)

8.     I am aware that on July 18, 2026, Plaintiff, United States of America, filed an Information charging the Bank with one count of conspiracy under 18 U.S.C. § 371 for willfully failing to report suspicious transactions in violation of the Bank Secrecy Act, 31 U.S.C. §§ 5318(g) and 5322. The Information alleges that beginning in or around October 2016 and continuing through in or around August 2022, the Bank, acting through certain of its officers and employees,

2

CASE NO.: 26-20293-CR-LEIBOWITZ/HERNANDEZ
*Declaration of Jean-Louis Geyr*

agreed with others to willfully fail to file Suspicious Activity Reports with the Financial Crimes Enforcement Network for suspicious transactions relevant to possible violations of law or regulation.

9.      I am a citizen of Switzerland and currently reside in Switzerland. I do not maintain personal or business dealings in Florida.

10.     It would therefore be unreasonably costly (airfare, hotels, meals, local transportation) for the Bank and burdensome for me to travel to Miami for all hearings in this case.

11.     The Bank is currently represented by Andres A. Fernandez, Manuel A. Miranda, and Gary Klubok of Holland & Knight, LLP. They are counsel of record in this case.

12.     As the Bank's sole Director, I am the Bank's governing body.

13.     Through this Declaration, I, as the Bank's governing body, hereby provide the Bank's counsel of record (currently attorneys of Holland & Knight, LLP), authorization to appear on behalf of the Bank, including but not limited to the Initial Appearance, and act as the Bank's agent in this case, including but not limited to entering a plea on behalf of the Bank.

Executed on 7/8, 2026.

_____
Jean-Louis Geyr

3