# COURT MINUTES

## Magistrate Judge Ellen D'Angelo

King Building Courtroom 10-6

Date: 08/28/2026 Time: 2:00 PM

Defendant: BLUE OCEAN INTERNATIONAL BANK J#: ______ Case #: 26-CR-20293 LEIBOWITZ

AUSA: Felipe Diaz Attorney: GARY KLUBOK & MANUEL ADRIAN MIRANDA

Violation: CONSPIRACY TO WILLFULLY FAIL TO REPORT SUSPICIOUS TRANSACTIONS Surr/Arrest Date: ______ YOB: ______

Proceeding: Initial Appearance CJA Appt: ______

Bond/PTD Held: ☐ Yes ☐ No Recommended Bond: ______

Bond Set at: $ ______ Co-signed by: ______

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ______
- ☐ Other: ______

Language: English

Disposition:
DE#6 Order Granting Motion for Leave
Bank representative not present.
Governments ore tenus motion to continue Initial appearance is Granted.
Reset to 09/01/26.

Time from today to ______ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE Date: Time: Judge: Place:

Report RE Counsel: ______

PTD/Bond Hearing: ______

Prelim/Arraign or Removal: ______

Initial Appearance: 09/01/26 1:30pm Duty Magistrate Judge Miami

D.A.R. 14:09:06 | 14:15:03

Time in Court: 1 minute

s/Ellen D'Angelo
Magistrate Judge