UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 26-cr-20293-DSL

UNITED STATES OF AMERICA,

Plaintiff,

v.

BLUE OCEAN INTERNATIONAL BANK, LLC.,

Defendant.

---

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of Michael E. Hantman, of the law firm Holland & Knight LLP, as counsel for Defendant, Blue Ocean International Bank, LLC, in this matter. Counsel requests that he be served with copies of all further pleadings, orders, and other papers filed or served in this action.

Dated: August 31, 2026

HOLLAND & KNIGHT LLP
*Attorneys for Defendant*
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Tel: (305) 789-7697
Fax: (305) 789-7799

By: *\/s/ Michael E. Hantman*
Michael E. Hantman
Florida Bar No. 502790
michael.hantman@hklaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of August 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on counsel on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

*/s/ Michael E. Hantman*
Michael E. Hantman

**SERVICE LIST**

Felipe Plechac-Diaz
DOJ-USAO
500 E. Broward Boulevard
Suite 700
Ft. Lauderdale, FL 33394
Tel: (954) 660-5779
Email: felipe.plechac-diaz@usdoj.gov

*Lead Attorney*