# COURT MINUTES

## Magistrate Judge Enjolique Lett

Atkins Building Courthouse - 10th Floor Date: 09/01/2026 Time: 1:30 PM

Defendant: Blue Ocean International Bank, LLC J#: ______ Case #: 26-CR-20293-LEIBOWITZ

AUSA: Felipe Plechac-Diaz Attorney: PERM-Gary Klubok/Manuel Miranda **Michael Hantman**

Violation: Conspiracy to Willfully Fail to Report Suspicious Transactions Surr/Arrest Date: ______ YOB: ______

Proceeding: Initial Appearance/Arraignment CJA Appt: ______

Bond/PTD Held: ○ Yes ○ No Recommended Bond: ______

Bond Set at: ______ Co-signed by: ______

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ______
- ☐ Other: ______

Language: English

Disposition:

Defendant advised charges and rights. Waiver of Indictment signed in open court. Court accepts waiver. Defendant Arraigned. Defendant ore tenus motion to enter Standing Discovery Order – GRNTD.

BRADY ORDER GIVEN

All further proceedings before Judge Leibowitz.

Time from today to ______ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE** **Date:** **Time:** **Judge:** **Place:**

Report RE Counsel: ______

PTD/Bond Hearing: ______

Prelim/Arraign or Removal: ______

Status Conference RE: ______

D.A.R. 14:50:42 Time in Court: 8 mins

s/Enjolique Lett Magistrate Judge