UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 26-cr-20293-DSL

UNITED STATES OF AMERICA,

Plaintiff,

v.

BLUE OCEAN INTERNATIONAL BANK, LLC.,

Defendant.

---

**MOTION TO WITHDRAW AS COUNSEL**

Gary Klubok, an attorney for Defendant, requests permission from this Court to withdraw as one of the attorneys of record for Defendant in this matter because he is leaving the law firm of Holland & Knight LLP. Manuel A. Miranda and Michael E. Hantman of Holland & Knight LLP will continue to represent Defendant in this matter.

Dated: September 22, 2026

HOLLAND & KNIGHT LLP
*Attorneys for Defendant*
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Tel: (305) 374-8500
Fax: (305) 789-7799

By: *\/s/ Gary Klubok*
Gary Klubok
Florida Bar No. 1031678
gary.klubok@hklaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of September 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on counsel on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

*/s/ Gary Klubok*
Gary Klubok

**SERVICE LIST**

Felipe Plechac-Diaz
DOJ-USAO
500 E. Broward Boulevard
Suite 700
Ft. Lauderdale, FL 33394
Tel: (954) 660-5779
Email: felipe.plechac-diaz@usdoj.gov

*Lead Attorney*