**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 26-20293-CR-LEIBOWITZ/HERNANDEZ

UNITED STATES OF AMERICA,

Plaintiff,

v.

BLUE OCEAN INTERNATIONAL BANK, LLC,

Defendant.
_______________________________________________/

**DEFENDANT BLUE OCEAN INTERNATIONAL BANK, LLC'S NOTICE OF FILING WRITTEN CONSENT OF SOLE DIRECTOR AND DECLARATION OF DRIVEN ADMINISTRATIVE SERVICES**

Defendant Blue Ocean International Bank, LLC (the "Bank"), through undersigned counsel and pursuant to the Court's directives at the October 28, 2026 change of plea hearing, gives notice of filing the following:

**Exhibit 1** – Written Consent of the Sole Director of Blue Ocean International Bank, LLC, authorizing Holland & Knight LLP to act as the Bank's agent and enter the guilty plea on its behalf.

**Exhibit 2** – Declaration of Mario Sánchez del Campo, CPA, of Driven Administrative Services, the Bank's liquidation administrator, regarding the Bank's capital position and ability to pay.

Dated: November 6, 2026

Respectfully submitted,

**HOLLAND & KNIGHT LLP**
*Attorneys for Defendant Blue Ocean International Bank, LLC*
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

By: /s/ Manuel A. Miranda

Manuel A. Miranda (FBN 119302)
Manuel.Miranda@hkland.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all counsel of record.

/s/ Manuel A. Miranda
Manuel A. Miranda