**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20293-CR-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

**v.**

**BLUE OCEAN INTERNATIONAL BANK, LLC,**

**Defendant.**
_______________________________/

**ORDER SETTING DATE, TIME, AND**

**PROCEDURES FOR SENTENCING HEARING**

THIS CAUSE came before the Court upon the conclusion of the Defendant's Change of Plea hearing held Wednesday, November 18, 2026.

Having heard from the parties, it is hereby **ORDERED AND ADJUDGED** that a sentencing hearing is set in this matter for Friday, March 12, 2027, at 10:00 a.m., in the Miami Division, Courtroom 12-3, before Judge David Leibowitz.

**SENTENCING PROCEDURES**

1. The Probation Office shall disclose the Draft Presentence Investigation Report ("PSR") **no later than 45 days prior to the sentencing hearing.**
2. Each party shall file its objections to the Draft PSR, if any, no later than **10 days after the disclosure of the Draft PSR.** The non-moving party will then have **7 days** to respond.

3. The Probation Office shall disclose the Final PSR and Addendum **no later than 15 days before the sentencing hearing**.

4. Each party shall, **no later than 10 days before the sentencing hearing**, file a notice setting forth all previously filed objections that have been resolved and all objections that remain outstanding. This notice also must state whether the party seeks an evidentiary hearing to supplement or contest the evidentiary record. The Court advises all parties that the relaxed evidentiary standards applicable to sentencing hearings should not be relied upon without notifying the Court, *see* Fed. R. Evid 1101(d), as the Court prefers factual disputes to be resolved at an evidentiary hearing (while reserving its full discretion and authority to resolve factual disputes as permitted by law). The notice shall include a list of all disputed facts (with citations to the relevant paragraphs of the PSR), any exhibits to be produced by a party in support of their position, and a list of all witnesses the party intends to call at the sentencing hearing.

5. Each party shall, **no later than 7 days before the sentencing hearing**, file any motions in support of any sentencing departures or variances. In cases including motions for substantial assistance pursuant to Rule 35 or

§ 5K1.1, the Government must file a detailed letter or memorandum in support of the motions no later than seven (7) days before the hearing.

6. The Court has set aside **60 minutes in total** for this hearing. If any party requires more time, counsel for that party shall file, no later than **10 days before the sentencing** the hearing, a motion for more time in which the moving party shall explain exactly how much time will be needed and why (including but not limited to the need to submit or challenge evidence at the hearing).

7. The failure to comply with the above deadlines may lead to the objection, argument, or evidence, being stricken or otherwise disregarded by the Court.

**DONE AND ORDERED** in Southern District of Florida on November 18, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record